RHONDA BULLOCK, YOUNG HOU,
LEON ROBINSON,  RICHARD
SCHOENBERGER, GLENN SMITH,
WILLIAM WELCH  ON BEHALF OF
THEMSELVES & SIMILARLY
SITUATED EMPLOYEES,

          **Plaintiffs,**

-vs-                                 Case No.  6:09-cv-632-Orl-28KRS

LVN PROPERTY MANAGEMENT, LLC,
MARY NGUYEN,

          **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

    This cause came on for consideration after a hearing on the following motion filed herein:

| |
|---|
| **MOTION:**    **PLAINTIFFS' MOTION FOR STAY (Doc. No. 132)** |
| **FILED:**    **April 3, 2012** |
| _____ |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

    Defendant LVN Property Management, LLC filed a Chapter 11 petition in bankruptcy court.

Counsel for Defendants advised the Court during the hearing that the bankruptcy court has given LVN

an enlargement of time to prepare a revised plan of reorganization.  Counsel for the parties agree that

it would not be an efficient use of judicial resources to try this case before the bankruptcy stay

applicable to LVN is lifted.

Accordingly, I **respectfully recommend** that the Court do the following:

1.     **STAY** the case pending the resolution of the LVN Property Management, LLC bankruptcy case;

2.     **REQUIRE** counsel for Plaintiff to file a motion to reopen the case and set a new deadline for filing a Joint Final Pretrial Statement and a new trial date within 20 days after the bankruptcy stay is lifted as to LVN Property Management, LLC;

3.     **STRIKE** the unilateral final pretrial statement, Doc. No. 133; and,

4.     **DIRECT** the Clerk of Court to close the file administratively.

**RECOMMENDED** in Orlando, Florida on April 4, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE