# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RHONDA BULLOCK, YOUNG HOU,
LEON ROBINSON, RICHARD
SCHOENBERGER, GLENN SMITH,
WILLIAM WELCH ON BEHALF OF
THEMSELVES & SIMILARLY SITUATED
EMPLOYEES,

                **Plaintiffs,**

-vs-                                                  **Case No. 6:09-cv-632-Orl-28KRS**

LVN PROPERTY MANAGEMENT, LLC,
MARY NGUYEN,

                **Defendants.**
_____

## ORDER

This case is before the Court on Plaintiffs' Motion for Stay (Doc. No. 132) filed April 3, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed April 4, 2012 (Doc. No. 135) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Plaintiffs' Motion for Stay is **GRANTED**.

3. This case is stayed pending the resolution of the LVN Property Management, LLC bankruptcy case.

4. Counsel for Plaintiff shall file a motion to reopen this case and a proposed amendment to the Case Management and Scheduling Order for the filing of the Joint Final Pretrial Statement and trial date within twenty (20) days after the bankruptcy stay is lifted as to LVN Property Management, LLC.

5. The unilateral final pretrial statement (Doc. 133) is hereby **STRICKEN**.

6. The Clerk of the Court is directed to administratively close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 30th day of April, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party