UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RHONDA BULLOCK, YOUNG HOU,
LEON ROBINSON, RICHARD
SCHOENBERGER, GLENN SMITH,
WILLIAM WELCH ON BEHALF OF
THEMSELVES & SIMILARLY SITUATED
EMPLOYEES,

                        **Plaintiffs,**

-vs-                                                  Case No. 6:09-cv-632-Orl-28KRS

LVN PROPERTY MANAGEMENT, LLC,
MARY NGUYEN,

                        **Defendants.**

## ORDER

This case is before the Court on a review of the file, and a status conference held, by the United States Magistrate Judge. The United States Magistrate Judge has submitted a report recommending that the claims of the remaining Plaintiffs be dismissed without prejudice and the Court decline to exercise supplemental jurisdiction over Defendant LVN's Counterclaims.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 18, 2013 (Doc. No. 153) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The claims of Plaintiffs William Welch and Leon Robinson against Defendant Mary Nguyen are **DISMISSED without prejudice**.

3. The Court declines to exercise supplemental jurisdiction over LVN's counterclaims against the original named Plaintiffs pursuant to 28 U.S.C. § 1367(c)(3). Those counterclaims are **DISMISSED without prejudice** to being refiled in state court within the time permitted by § 1367.

4. The Clerk of Court is directed to close this file.

**DONE and ORDERED** in Chambers, Orlando, Florida this 6th day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party